No. 86–556. MOORE ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–561. GRODE, INSURANCE COMMISSIONER OF PENNSYLVANIA v. UNITED SERVICES AUTOMOBILE ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–592. SYUFY ENTERPRISES v. AMERICAN MULTI-CINEMA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–606. LOCKE v. MESA PETROLEUM CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–621. SPECTOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–640. HARRIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF ROLLE v. CITY OF MIAMI. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 86–647. CUSENZA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–663. LORD ELECTRIC CO., INC., ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–675. JASLOW DENTAL LABORATORY, INC., ET AL. v. WHELAN ASSOCIATES, INC. C. A. 3d Cir. Certiorari denied.

No. 86–679. BOOTH NEWSPAPERS, INC. v. DEWITT, JUDGE, MIDLAND COUNTY CIRCUIT COURT, ET AL. Ct. App. Mich. Certiorari denied.

No. 86–685. CRISWELL v. BALTIMORE & OHIO RAILROAD CO., INC. C. A. 4th Cir. Certiorari denied.

No. 86–690. GASAWAY, DBA SUBURBAN SEALING CO. v. LABORERS' PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–693. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.